JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-0052-GMN-DJA |
| Plaintiff, | |
| v. | **Stipulation and Order to Continue Hearing and Future Dates** |
| BRYAN WESLEY ANDERSON, | |
| Defendant. | **(Second Request)** |

The parties, by and through the undersigned, respectfully request that the Court vacate any currently set dates and continue the hearing regarding change of plea to a date and time convenient to this Court but no sooner than 90 days. In support of this request, the parties state the following:

1. On April 16, 2024, the Court granted a stipulation continuing the future hearing dates for Defendant Bryan Anderson. ECF No. 3.

2. An entry of plea date was set for July 17, 2024, at 10:00 a.m. *Id.*

3. On May 31, 2024, Jess Marchese was appointed to represent Defendant. ECF

No. 6.

4. The parties have begun discussion to resolve the instant case with Defendant's related case of 2:23-cr-00212-GMN, but more time is needed to discuss resolutions.

5. Additional time is needed to review discovery on both cases and discuss a resolution.

6. Defendant is in custody and consents to the continuance.

7. Denial of this request could result in a miscarriage of justice. This continuance will allow counsel for Defendant to continue investigation, review of discovery, development of defense strategies, and discussion of resolutions. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7) and (h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

Respectfully submitted this 2nd day of July, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Steven J. Rose
STEVEN J. ROSE
Assistant United States Attorney

/s/ Jess Marchese
JESS MARCHESE
Counsel for Defendant,
BRYAN WAYNE ANDERSON

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-0052-GMN-DJA |
| Plaintiff, | **Order Approving Stipulation to Continue Hearing and Future Dates** |
| v. | |
| BRYAN WAYNE ANDERSON, | **(Second Request)** |
| Defendant. | |

Based on the pending stipulation of the parties, and upon the Court's finding of good cause, IT IS HEREBY ORDERED:

### FINDINGS OF FACT

1. The parties agree to the continuance.

2. The defendant is in custody and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to facilitate defendant's arraignment on a related case, review of discovery, and ongoing discussions between counsel.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time

3

within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient opportunity to potentially resolve the cases prior to trial, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the trial, taking into account the exercise of due diligence.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

\\\

\\\

\\\

\\\

\\\

**ORDER**
Change of Plea Hearing

IT IS HEREBY ORDERED that the currently ~~unscheduled hearing and any future dates~~, be vacated and continued to  October 30, 2024  at the hour of 10:00 a.m.

DATED this ___3___ day of ___July___, 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE