JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-0052-GMN-DJA |
| Plaintiff, | |
| v. | **Stipulation and Order to Continue Hearing and Future Dates** |
| BRYAN WESLEY ANDERSON, | **(Third Request)** |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court vacate any currently set dates and continue the hearing regarding change of plea to a date and time convenient to this Court but no sooner than 90 days. In support of this request, the parties state the following:

1.     On April 16, 2024, the Court granted a stipulation continuing the future hearing dates for Defendant Bryan Anderson. ECF No. 3.

2.     An entry of plea date was set for July 17, 2024, at 10:00 a.m. *Id.*

3.     On May 31, 2024, Jess Marchese was appointed to represent Defendant. ECF

No. 6.

4.      Defendant Anderson is also charged in case 2:23-cr-0212-GMN-NJK. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the instant case, 2:24-cr-0052-GMN-DJA was transferred to the District of Nevada in contemplation of resolution alongside case 2:23-cr-0212.

5.      On August 10, 2024, Defendant Anderson filed a motion to suppress in case 2:23-cr-0212.

6.      On September 19, 2024, Defendant Anderson filed a Notice of Attorney Appearance in case 2:23-cr-0212, indicating that he had hired new counsel in that case. The Court filed an order granting that notice the following day.

7.      In subsequent discussions, the parties discussed whether the instant case, 2:24-cr-0052 would be returned to the originating district. Because of the recent substitution of counsel in 2:23-cr-0212, no actions were taken until counsel could review the discovery and discuss the options with Defendant Anderson.

8.      On September 24, 2024, the parties submitted an order continuing the hearing on the motion to suppress, and that hearing was rescheduled to December 9, 2024.

9.      Additional time is needed for counsel in 2:23-cr-0212 to review discovery, confer with Defendant Anderson, and determine whether to resolve the cases.

10.      If the cases are not resolved, then the instant case, 2:24-cr-0052 will be returned to the originating district.

11.      Denial of this request could result in a miscarriage of justice. This continuance will allow counsel for Defendant to continue investigation, review of discovery, development of defense strategies, and discussion of resolutions. The additional time

requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7) and (h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

Respectfully submitted this 23rd day of October, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Steven J. Rose

STEVEN J. ROSE
Assistant United States Attorney

/s/ Jess Marchese

JESS MARCHESE
Counsel for Defendant,
BRYAN WAYNE ANDERSON

1   JASON M. FRIERSON
    United States Attorney
2   Nevada Bar No. 7709
    STEVEN J. ROSE
3   Assistant United States Attorney
    Nevada Bar No. 13575
4   501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101
5   *Attorneys for the United States of America*

6               **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
7

8   United States of America,                    2:24-cr-0052-GMN-DJA

                    Plaintiff,            **Order Approving Stipulation to**
9                                         **Continue Hearing and Future Dates**

10          v.                            **(Third Request)**

11  BRYAN WAYNE ANDERSON,

                    Defendant.
12

13

14          Based on the pending stipulation of the parties, and upon the Court's finding of good

15  cause, IT IS HEREBY ORDERED:

16                          **FINDINGS OF FACT**

17      1.  The parties agree to the continuance.

18      2.  The additional time is needed to determine whether the instant case will remain in

19          the District of Nevada.

20      3.  The additional time requested herein is not sought for purposes of delay, but to

21          facilitate defendant's arraignment on a related case, review of discovery, and

22          ongoing discussions between counsel.

23

24

                                    4

4.   Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient opportunity to potentially resolve the cases prior to trial, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the trial, taking into account the exercise of due diligence.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

\\\

\\\

\\\

\\\

1

**ORDER**

Change of Plea hearing

2      IT IS HEREBY ORDERED that the ~~currently unscheduled hearing and any future dates,~~

3   be vacated and continued to ___January 21, 2025___ at the hour of __10:00 a.m__

4

5   DATED this ___23___ day of ___October___, 2024.

6

7                              _____

                              HONORABLE GLORIA M. NAVARRO

8                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

6