JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:24-cr-0052-GMN-DJA |
| Plaintiff, | |
| v. | **Stipulation and Order to Continue Hearing and Future Dates** |
| BRYAN WESLEY ANDERSON, | **(Fourth Request)** |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court vacate any currently set dates and continue the hearing regarding change of plea to a date and time convenient to this Court but no sooner than 90 days. In support of this request, the parties state the following:

1.     On April 16, 2024, the Court granted a stipulation continuing the future hearing dates for Defendant Bryan Anderson. ECF No. 3.

2.     An entry of plea date was set for July 17, 2024, at 10:00 a.m. *Id.*

3.     On May 31, 2024, Jess Marchese was appointed to represent Defendant. ECF

No. 6.

4.      Defendant Anderson is also charged in case 2:23-cr-0212-GMN-NJK. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the instant case, 2:24-cr-0052-GMN-DJA was transferred to the District of Nevada in contemplation of resolution alongside case 2:23-cr-0212.

5.      On August 10, 2024, Defendant Anderson filed a motion to suppress in case 2:23-cr-0212.

6.      On September 19, 2024, Defendant Anderson filed a Notice of Attorney Appearance in case 2:23-cr-0212, indicating that he had hired new counsel in that case. The Court filed an order granting that notice the following day.

7.      In subsequent discussions, the parties discussed whether the instant case, 2:24-cr-0052 would be returned to the originating district. Because of the recent substitution of counsel in 2:23-cr-0212, no actions were taken until counsel could review the discovery and discuss the options with Defendant Anderson.

8.      Since that time, counsel in 2:23-cr-0212 and the government have engaged in multiple rounds of discussions to resolve the cases. The government and counsel in case 0212 continue to discuss potential resolutions and have made substantial progress toward resolution, though whether the parties will arrive at an agreement is still unknown.

9.      If the cases are not resolved, then the instant case, 2:24-cr-0052 will be returned to the originating district.

10.      Given the circumstances, the parties request a continuance of the instant matter, rather than an immediate return of the instant case to the originating district, to enable the continued efforts to resolve both of Defendant Anderson's outstanding cases.

11.     Denial of this request could result in a miscarriage of justice. This continuance will allow Defendant time to continue investigation, review of discovery, evaluation of potential legal positions in both outstanding cases, and discussion of resolutions of both of Defendant's cases. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7) and (h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

Respectfully submitted this 16th day of January, 2025.

JASON M. FRIERSON
United States Attorney

*/s/ Steven J. Rose*
STEVEN J. ROSE
Assistant United States Attorney

*/s/ Jess Marchese*
JESS MARCHESE
Counsel for Defendant,
BRYAN WAYNE ANDERSON

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   STEVEN J. ROSE
3  Assistant United States Attorney
   Nevada Bar No. 13575
4  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
5  *Attorneys for the United States of America*

6              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**

7

8  United States of America,              2:24-cr-0052-GMN-DJA

                  Plaintiff,              **Order Approving Stipulation to**
9                                         **Continue Hearing and Future Dates**

          v.                              **(Fourth Request)**
10

11 BRYAN WAYNE ANDERSON,

                  Defendant.
12

13

14        Based on the pending stipulation of the parties, and upon the Court's finding of good

15 cause, IT IS HEREBY ORDERED:

16                         **FINDINGS OF FACT**

17    1.  The parties agree to the continuance.

18    2.  The additional time is needed to determine whether the instant case will remain in

19        the District of Nevada.

20    3.  The additional time requested herein is not sought for purposes of delay, but to

21        facilitate defendant's arraignment on a related case, review of discovery, and

22        ongoing discussions between counsel.

23

24

                                          4

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(7), and 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (vi).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient opportunity to potentially resolve the cases prior to trial, and further would deny the parties sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the trial, taking into account the exercise of due diligence.

The time from the continuance sought herein is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7), and 3161(h)(7)(A), when considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv).

\\\

\\\

\\\

\\\

1

**<u>ORDER</u>**

2

IT IS HEREBY ORDERED that the entry of plea currently scheduled for January

3

21, 2025, be vacated and continued to the <u>22nd day of April, 2025</u>, at the hour of <u>9:00 a.m</u>.

4

5

DATED this _____16_____ day of ____January____, 2025.

6

7

_____

8

HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24